[Sac. No. 1858. In Bank.—October 9, 1911.]

D. W. TAYLOR, Respondent, v. N. H. LAURIDSON and E. E. BARRY, Respondents; SACRAMENTO ROCH-DALE COMPANY (a Co-operative Association, etc.), et al., Appellants.

Order refusing to dissolve an injunction reversed on the authority of *Willis* v. *Lauridson, ante,* p. 106.

APPEAL from an order of the Superior Court of Sacramento County refusing to dissolve an injunction. C. N. Post, Judge.

The facts are similar to those stated in the opinion in *Willis* v. *Lauridson, ante,* p. 106.

Grove L. Johnson, and Wahrhaftig & Shinn, for Appellants.

F. F. Atkinson, D. W. Taylor, and H. C. Ross, for Respondents.

THE COURT.—The questions involved herein are substantially the same as those in the case of *Willis* v. *Lauridson, ante,* p. 106, [118 Pac. 529], this day decided. For the reasons therein given the order appealed from is reversed, with directions to the trial court to grant defendants' motion to vacate the injunction.

Rehearing denied.